**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------- X

LTF Construction Company, LLC and
LTF Club Operations Company, LLC　　　　　　NO. 20-CV-4097 (LAP)

　　Petitioners,　　　　　　　　　　　　　　**[PROPOSED]** JUDGMENT

-v-

Cento Solutions Inc.

　　Respondent.

------------------------------------------------------------------------------- X

　　Pursuant to this Court's Order, dated December 7, 2020, granting Petitioners' Petition to Confirm a Final Award, dated March 17, 2020, by an Arbitrator of the American Arbitration Association (the "Award") [Dkt. No. 22], it is hereby

　　ORDERED, ADJUDGED AND DECREED, that Judgment is hereby entered in favor of Petitioner, LTF Construction Company, LLC and LTF Club Operations Company, LLC and against Respondent Cento Solutions Inc. in the amount of $1,887,989.86.

Dated:　December 11, 2020
　　　　New York, New York　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　　　　*Loretta A. Preska*
　　　　　　　　　　　　　　　　　　　　　Loretta A. Preska
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge